# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18-CV-3210 (NEB/SER) |
| Plaintiff, | |
| v. | ORDER ON DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $5,900.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter is before the Court on the United States' motion for an order (1) granting default judgment against Edward Stahlmann and all unknown persons and entities who have failed to file a verified claim to the Defendant Currency and answer to the Complaint for Forfeiture *In Rem* and (2) for a Final Order of Forfeiture as to the Defendant Currency. The Court grants the motion, finding that:

1. The United States filed a Verified Complaint for Forfeiture *In Rem* with Verification by Robert Wilkinson, Task Force Officer, United States Secret Service (USSS), on November 16, 2018, alleging that the Defendant Currency is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C);

2. A Warrant of Arrest and Notice *In Rem* was issued by the Clerk of Court on November 19, 2018, directing the U.S. Marshals Service to arrest the Defendant Currency and to serve all persons thought to have a potential interest in the Defendant Currency

with a copy of the Complaint for Forfeiture *In Rem*, and the Warrant of Arrest and Notice *In Rem*;

3. On November 20, 2018, a Notice of Judicial Forfeiture Proceedings, the Verified Complaint for Forfeiture *In Rem* with Verification by Robert Wilkinson, and the Warrant of Arrest and Notice *In* Rem, were served by Certified Mail and U.S. Mail to Edward Stahlmann.

4. Pursuant to Rule G(4)(a)(iv)(C), the U.S. Attorney's Office posted a Notice of Forfeiture on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on November 21, 2018; and

5. No verified claim or answer has been filed, and the time for filing a claim and answer has expired under Rule G(5), Supplemental Rules For Admiralty Or Maritime Claims and Asset Forfeiture Actions.

Therefore, based on the above and all of the files and records in this action, IT IS HEREBY ORDERED that:

1. The Motion of the United States for a default judgment and final order of forfeiture [ECF No. 8] is GRANTED;

2. A default judgment is entered against Edward Stahlmann and all unknown persons and entities having an interest in the Defendant Currency for failure to file a verified statement of interest in or right against the Defendant Currency and an answer to the Verified Complaint for Forfeiture *In Rem* as required by 18 U.S.C. § 983(a)(4)(A)

and (B), and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions; and

3. The Defendant Currency is forfeited to the United States pursuant to 18 § U.S.C. 981(a)(1)(C) for disposition in accordance with law.

LET JUDGMENT BE ENTERED.

Dated: April 5, 2019				BY THE COURT:

						s/Nancy E. Brasel
						Nancy E. Brasel
						United States District Judge